

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00542-CV

**THE CITY OF ALICE**,
Appellant

v.

Christine **REYES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-15-336
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. The costs of appeal are taxed against appellant.

SIGNED November 1, 2017.

_____
Irene Rios, Justice